IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 04-cr-00291-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MIGUEL RODRIGUEZ AMEZOLA,

  Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

  Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

  ORDERED that the defendant Miguel Rodriguez Amezola be allowed to travel to Tijuana, Mexico from January 22, 2015 to January 26, 2015.

  DATED January 13, 2015.

          BY THE COURT:

          s/Philip A. Brimmer
          PHILIP A. BRIMMER
          United States District Judge